# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00090-SKC

LISA HAUGEEN,

    Plaintiff,

v.

DEL TACO RESTAURANTS, INC.,
LAWRENCE F. LEVY,
EILEEN APTMAN,
JOHN D. CAPPASOLA, JR.,
VALERIE L. INSIGNARES,
ARI B. LEVY,
KAREN LUEY,
R.J. MELMAN, and
JOSEPH STEIN,

    Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lisa Haugeen hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: March 24, 2022

Respectfully submitted,

**HALPER SADEH LLP**

By: /s/ Daniel Sadeh
Daniel Sadeh, Esq.
667 Madison Avenue, 5th Floor
New York, NY 10065
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

      I, Daniel Sadeh, hereby certify that on March 24, 2022, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: March 24, 2022                                                  /s/ Daniel Sadeh
                                                                                      Daniel Sadeh